CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
　　DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

SUZANNE BOREN, etc.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　*Plaintiff*　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Civil Action No.: 5:13-cv-13
　　　　　　　　　　　　　　　　　　)
NORTHWESTERN REGIONAL　　　　　　 )
JAIL AUTHORITY, et al,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　*Defendants*

## ORDER

Upon Defendant's motion to stay proceedings and upon the agreement of counsel, it is hereby Ordered as follows:

1. This case is stayed as of November 15, 2013.

2. Discovery is closed with the exception of the deposition of Rockie Watts, which is the subject of a motion to compel and a motion for a protective order to be decided when the stay is lifted, this issue to be addressed and decided by Judge Urbanski.

3. The reference to Magistrate Judge Ballou (Doc. 77) entered on September 20, 2013, is hereby vacated.

4. The trial date set for January 13-17, 2014, is hereby vacated.

5. The deadlines set in the Scheduling Order (Doc. 37) entered on April 8, 2013, with the exception of the discovery deadlines, are hereby vacated. Within 14 days of the mandate from the Fourth Circuit Court of Appeals, the parties are directed to contact the Court to schedule a status conference to arrange for a new trial date and a briefing schedule for all outstanding motions and dispositive motions and other pretrial motions to be filed.

Entered: November 15, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge