**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 17, 2014

_____

RESPONSE REQUESTED
_____

No.   13-7695,      <u>Suzanne Boren v. Northwestern Regional Jail</u>
                    5:13-cv-00013-MFU-RSB

TO:    Mark Dennis Dix
       Elliott Matthew Buckner

RESPONSE DUE: 03/27/2014

Response is required to the motion for certification of question(s) to state court. Response(s) must be filed by the response due date shown in this notice.

Michael Radday, Deputy Clerk
804-916-2702