IN THE U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT

SUZANNE BOREN, GUARDIAN OF
THE PERSON AND CONSERVATOR
OF THE ESTATE OF ROCKIE
HAROLD WATTS,

    APPELLEE,

v.                                  No. 13-7695

NORTHWESTERN REGIONAL JAIL
AUTHORITY,

    APPELLANT.

## RESPONSE BY THE LOCAL GOVERNMENT ATTORNEYS OF VIRGINIA AND THE VIRGINIA MUNICIPAL LEAGUE TO APPELLANT'S MOTION TO CERTIFY

NOW COME amicus curiae, the Local Government Attorneys of Virginia, Inc. and the Virginia Municipal League, by counsel, and hereby join the Northwestern Regional Jail Authority in its Motion To Certify the Questions/Issues Presented to The Supreme Court of Virginia (ECF Doc. 38) for the reasons stated in the Motion. The issue of sovereign immunity in this case is specific to Virginia law and does not involve any questions of federal law.

WHEREFORE, amicus curiae respectfully request that this Court grant the Motion to Certify and certify the questions/issues presented to the Supreme Court of Virginia.

1

LOCAL GOVERNMENT ATTORNEYS
OF VIRGINIA, INC. and
VIRGINIA MUNICIPAL LEAGUE

By Counsel

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Attorney for Local Government Attorneys of Virginia, Inc. and
The Virginia Municipal League
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 – Fax

## **C E R T I F I C A T E**

I hereby certify that on the 21st day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Attorney for Local Government Attorneys
of Virginia, Inc. and
The Virginia Municipal League
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax