# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 24, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.   13-7695,   <u>Suzanne Boren v. Northwestern Regional Jail</u>
                 5:13-cv-00013-MFU-RSB

TO:   David Patrick Corrigan
      Jeremy David Capps

FILING CORRECTION DUE:  March 24, 2014

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Incorrect event used. Please refile document #43 using the event:
    RESPONSE/ANSWER (to motion or request)

Michael Radday, Deputy Clerk
804-916-2702