FILED: April 3, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7695
(5:13-cv-00013-MFU-RSB)

_____

SUZANNE BOREN, Guardian of the Person and Conservator of the Estate of Rockie Harold Watts,

    Plaintiff – Appellee,

v.

NORTHWESTERN REGIONAL JAIL AUTHORITY,

    Defendant – Appellant,

and

NORTHWESTERN REGIONAL ADULT DETENTION CENTER; BRUCE R. CONOVER; LOUIS DUSING; TAMMY BICKERT; JAMES COFFELT; JASON CLARK; LINDA WEEKS, LPN; TRACY HOLSINGER, LPN; ALLENA KOVAK, LPN,

    Defendants,

------------------------------

LOCAL GOVERNMENT ATTORNEYS OF VIRGINIA, INCORPORATED; VIRGINIA MUNICIPAL LEAGUE,

    Amici Supporting Appellant.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to certify questions/issues presented to the Supreme Court of Virginia, the motion is denied.

For the Court

/s/ Patricia S. Connor, Clerk